*John Spier* v. *Ann Nessle et al.* A. C. PAIGE, for Petitioner. Order to pay the money in the court to the petitioner, in discharge of his claim upon the defendant.